1  Jack Silver, Esquire SBN# 160575
   Law Office of Jack Silver
2  Post Office Box 5469
   Santa Rosa, California 95402-5469
3  Telephone: (707) 528-8275
   Facsimile: (707) 528-8675
4  lhm28843@sbcglobal.net

5  Attorney for Plaintiff
   NORTHERN CALIFORNIA RIVER WATCH
6

7  John H. York SBN 049874
   Gregory P. Brock SBN 181903
8  **YORK, HANAWALT & BROCK**
   A Law Corporation
9  918 Parker Street, 2nd Floor
   Berkeley, California 94710
10 Email: gbrock@yorklaw.com
   Telephone: (510) 841-1171
11 Facsimile: (510) 841-1666

12 Attorneys for Defendants
   GOLDEN GATE PETROLEUM CO. and
13 BAY AREA/DIABLO PETROLEUM CO.

E-Filing

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHERN CALIFORNIA RIVER WATCH, a non-profit Corporation, | **CASE NO.:C06-06261 TEH** |
| Plaintiff, | STIPULATION OF DISMISSAL OF GOLDEN GATE PETROLEUM COMPANY AND BAY AREA/DIABLO PETROLEUM COMPANY AS PARTY DEFENDANTS WITH PREJUDICE; [PROPOSED] ORDER [FRCP § 41(a)] |
| v. | |
| GOLDEN GATE PETROLEUM COMPANY, CASH OIL COMPANY, BILLS WESTERN PROPERTIES, INC. BAY AREA/DIABLO PETROLEUM COMPANY, and DOES 1 - 10, Inclusive, | (Case Mgmt. Conf. - September 17, 2007) |
| Defendants. | |

Pursuant to FRCP 41(a)(1), IT IS HEREBY STIPULATED by and between plaintiff NORTHERN CALIFORNIA RIVER WATCH, and defendants GOLDEN GATE PETROLEUM COMPANY and BAY AREA/DIABLO PETROLEUM COMPANY through their designated counsel,

C06-06261 TEH
Stipulation of Dismissal of Party Defendants                                    1

1  that defendants GOLDEN GATE PETROLEUM COMPANY and BAY AREA/DIABLO PETROLEUM
2  COMPANY be and hereby are dismissed as party defendants to the above-entitled action with prejudice.
3  Each party agrees to bear its own costs of suit.

Dated: August 9, 2007

JACK SILVER
Attorney for Plaintiff
NORTHERN CALIFORNIA RIVER WATCH

Dated: 8-8-07

GREGORY R. BROCK
Attorney for Defendants
GOLDEN GATE PETROLEUM COMPANY and
BAY AREA/DIABLO PETROLEUM COMPANY

**ORDER**

PURSUANT TO SAID STIPULATION, IT IS SO ORDERED.

DATED: 8/10/07

THELTON E. HENDERSON
U.S. DISTRICT COURT JUDGE

C06-06261 TEH
Stipulation of Dismissal of Party Defendants                2