1  Jack Silver, Esquire SBN# 160575
   Law Office of Jack Silver
2  Post Office Box 5469
   Santa Rosa, California 95402-5469
3  Telephone: (707) 528-8275
   Facsimile: (707) 528-8675
4  lhm28843@sbcglobal.net

5  Attorney for Plaintiff
   NORTHERN CALIFORNIA RIVER WATCH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHERN CALIFORNIA RIVER WATCH, a non-profit Corporation,<br><br>Plaintiff,<br><br>v.<br><br>GOLDEN GATE PETROLEUM COMPANY, CASH OIL COMPANY, BILLS WESTERN PROPERTIES, INC. BAY AREA/DIABLO PETROLEUM COMPANY, and DOES 1 - 10, Inclusive, | CASE NO.:C06-06261 TEH<br><br>NOTICE OF VOLUNTARY DISMISSAL [FRCP § 41(a)(1)] |

NOTICE IS HEREBY GIVEN that pursuant to FRCP § 41(a)(1), Plaintiff NORTHERN CALIFORNIA RIVER WATCH hereby voluntarily dismisses the above-captioned action without prejudice. Plaintiff has simultaneously filed a Notice of Withdrawal of its pending Application for Default Judgment and Motion for Fees and Costs Re Application for Default Judgment currently scheduled for hearing before this Court on February 4, 2008. Remaining defendants CASH OIL COMPANY and BILLS WESTERN PROPERTIES, INC. have not made an appearance in this matter.

Dated: November 30, 2007

JACK SILVER
Attorney for Plaintiff
NORTHERN CALIFORNIA RIVER WATCH

IT IS SO ORDERED
Judge Thelton E. Henderson
12/03/07

C06-06261 TEH
Notice of Voluntary Dismissal [FRCP § 41(a)(1)]